**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION AT PLANO**

**KIMBERLY STARLING,** individually and on behalf of all others similarly situated,

*Plaintiff,*

*v.*

**SOUTHERN HILLS PROPERTY GROUP LLC**

*Defendant.*

Case No. 4:26-cv-1004

**CLASS ACTION**

**JURY TRIAL DEMANDED**

**JOINT PROPOSED DISCOVERY SCHEDULING ORDER**

Pursuant to Federal Rules of Civil Procedure 16 and 26 and the Court's Order (ECF No. 5), the Court enters the following joint proposed discovery scheduling order:

| | |
|---|---|
| September 17, 2026 | Formal opening of discovery. |
| October 16, 2026 | Parties exchange Rule 26(a)(1) disclosures. |
| December 18, 2026 | Deadline to Amend Pleadings/Add Parties |
| July 17, 2026 | Close of all class and expert discovery. |

Dated: September 27, 2026

*WE SO STIPULATE:*

*/s/ Andrew Roman Perrong*
Andrew Roman Perrong, Esq.
Perrong Law LLC
1669 Edgewood Road, Suite 218
Yardley, PA 19067
a@perronglaw.com
215-225-5529

/s/ Robert Wilson
Robert Wilson, Esq.
LAW OFFICES OF ROBERT D. WILSON, PC
1900 Preston Road Suite 267-72
Plano, Texas 75093
rwilson429@aol.com
214-637-8866

So ORDERED and SIGNED this ______ day of ____________________, 2026.

____________________________________
ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE