IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION AT PLANO

**KIMBERLY STARLING,** individually and on behalf of all others similarly situated,

*Plaintiff,*

*v.*

**SOUTHERN HILLS PROPERTY GROUP LLC**

*Defendant.*

Case No. 4:26-cv-1004

**CLASS ACTION**

**JURY TRIAL DEMANDED**

**JOINT PROPOSED DOCKET CONTROL ORDER**

Pursuant to Federal Rules of Civil Procedure 16 and 26 and the Court's Order (ECF No. 5), the Court enters the following joint proposed docket control order:

| | |
|---|---|
| Jury Trial | October 18, 2027 immediately following jury selection in the United States Courthouse Annex, 200 North Travis Street, Sherman, Texas |
| Jury Selection | October 18, 2027 at 9:00 a.m. in Sherman, Texas |
| Pre-trial Conference | October 12, 2027 at 10:00 a.m. in Texarkana, Texas |
| Dispositive Motion Deadline (Including Motions for Class Certification) | August 17, 2027 |
| September 25, 2026 | File Proposed Docket Control Order and Proposed Discovery Order<br>The proposed orders shall each be separately filed as a joint motion with the caption indicating whether or not the proposed order is opposed in any part. Any disputes should be redlined and each party's position explained. |
| September 25, 2026 | Designation of Lead Attorney<br>Pursuant to Local Rule CV-11(a)(1), each party must designate a lead attorney. If a lead attorney has not previously been designated, a |

| | |
|---|---|
| | Notice of Designation of Attorney in Charge should be filed. |

**Designation of Lead Attorney**

Pursuant to Local Rule CV-11(a)(1), the parties designate the following as lead attorneys in this matter:

*For Plaintiff:*
Andrew Roman Perrong, Esq.
Perrong Law LLC
1669 Edgewood Road, Suite 218
Yardley, PA 19067
a@perronglaw.com
215-225-5529

*For Defendant:*
Robert Wilson, Esq.
LAW OFFICES OF ROBERT D. WILSON, PC
1900 Preston Road Suite 267-72
Plano, Texas 75093
rwilson429@aol.com
214-637-8866

**Statement Regarding Scheduling and Conference**

The Parties do not believe that a scheduling conference in this matter is necessary. Counsel for Plaintiff further indicates that he has a conflict on October 2, 2026, the date currently scheduled for the conference, and respectfully requests that the conference be vacated.
The Parties have proposed extended dates for dispositive motions, discovery in the Discovery Order, and jury selection, owing to the complex class action nature of this dispute and the need to conduct class discovery and develop a record for class certification. The Parties respectfully submit that the modest extension proposed here is justified and qualifies as good cause as required by the Court's order

Dated: September 27, 2026

*WE SO STIPULATE:*

/s/ Andrew Roman Perrong
Andrew Roman Perrong, Esq.
Perrong Law LLC
1669 Edgewood Road, Suite 218
Yardley, PA 19067
a@perronglaw.com
215-225-5529

/s/ Robert Wilson
Robert Wilson, Esq.
LAW OFFICES OF ROBERT D. WILSON, PC
1900 Preston Road Suite 267-72
Plano, Texas 75093
rwilson429@aol.com
214-637-8866

So ORDERED and SIGNED this ______ day of ____________________, 2026.

______________________________
ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE