**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| KIMBERLY STARLING, *individually and behalf of all others similarly situated,* | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CASE NO. 4:26-CV-01004-RWS |
| | § | |
| SOUTHERN HILLS PROPERTY GROUP LLC, | § | |
| | § | |
| | § | |
| Defendant. | § | |

**ORDER**

Before the Court are the parties' Joint Proposed Discovery Scheduling Order (Docket No. 6) and Joint Proposed Docket Control Order (Docket No. 7). In the Court's order setting scheduling conference, the Court directed the parties to prepare a joint proposed docket control order and a joint proposed discovery order based on the sample orders for non-patent cases that can be found on the Court's website. Docket No. 5. The parties' proposed orders do not follow those samples. Accordingly, it is

**ORDERED** that the parties' proposed discovery scheduling order (Docket No. 6) and proposed docket control order (Docket No. 7) are **NOT ACCEPTED**. It is further

**ORDERED** that, within **seven (7) days** of this Order, the parties shall resubmit their joint proposed docket control order and joint proposed discovery order in accordance with the sample orders for non-patent cases listed on the Court's website and the Court's order setting scheduling conference (Docket No. 5). It is further

**ORDERED** that the scheduling conference in this matter is **RESET** for **October 9, 2026**. After review of the proposed docket control order and discovery order, the Court may enter the orders and cancel the scheduling conference.

**So ORDERED and SIGNED this 29th day of September, 2026.**

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE