**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| **KIMBERLY STARLING,**<br>individually and on behalf of<br>all others similarly situated,<br>Plaintiff,<br>v.<br>**SOUTHERN HILLS PROPERTY GROUP LLC,**<br>Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | **CASE NO. 4:26-CV-01004-RWS** |

**AGREED JOINT MOTION FOR ENTRY OF DOCKET CONTROL ORDER**

Plaintiff Kimberly Starling and Defendant Southern Hills Property Group LLC (together, the "Parties") jointly move for entry of the attached Proposed Docket Control Order. This motion is unopposed in all parts.

In compliance with the Court's September 29, 2026 Order (Dkt. No. 8) and the Order Setting Scheduling Conference (Dkt. No. 5), the attached proposed order uses Judge Schroeder's sample Docket Control Order for non-patent cases, revised November 2023, without modification other than inserting the case caption, the deadlines, the trial and pretrial locations, and the estimated length of trial. The Parties have also clarified in the dispositive motion entry that any motion for class certification is due on the same date.

The Parties have calculated each interim deadline from the sample order's intervals, keyed to the scheduling conference set for October 9, 2026, a pretrial conference of October 12, 2027, and a dispositive-motion deadline of August 17, 2027. Because the deadline falling three days after the scheduling conference lands on a federal holiday, it has been moved to the next business day, October 13, 2026.

This is a putative class action. The Parties submit that the proposed schedule is necessary to allow for class discovery and the development of a record for class certification, and that good cause supports it.

Pursuant to Local Rule CV-11(a)(1), the Parties designate Andrew Roman Perrong as lead attorney for Plaintiff and Robert Wilson as lead attorney for Defendant.

The Parties respectfully request that the Court enter the attached Proposed Docket Control Order and, if the Court finds it appropriate, cancel the October 9, 2026 scheduling conference.

Dated: September 30, 2026
Respectfully submitted,

/s/ Andrew Roman Perrong
Andrew Roman Perrong, Esq.
Perrong Law LLC
1669 Edgewood Road, Suite 218
Yardley, PA 19067
a@perronglaw.com
215-225-5529
*Lead Attorney for Plaintiff*

/s/ Robert Wilson
Robert Wilson, Esq. (With Permission)
Law Offices of Robert D. Wilson, PC
1900 Preston Road, Suite 267-72
Plano, Texas 75093
rwilson429@aol.com
214-637-8866
*Lead Attorney for Defendant*

## CERTIFICATE OF CONFERENCE

Counsel for Plaintiff and counsel for Defendant have conferred, and this motion is jointly submitted and agreed in its entirety.

/s/ Andrew Roman Perrong

## CERTIFICATE OF SERVICE

I certify that on September 30, 2026, this document was filed through the Court's CM/ECF system, which will send notice of the filing to all counsel of record.

/s/ Andrew Roman Perrong