**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| **KIMBERLY STARLING,**<br>individually and on behalf of<br>all others similarly situated,<br>Plaintiff,<br>v.<br>**SOUTHERN HILLS PROPERTY GROUP LLC,**<br>Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | **CASE NO. 4:26-CV-01004-RWS** |

**AGREED JOINT MOTION FOR ENTRY OF DISCOVERY ORDER**

Plaintiff Kimberly Starling and Defendant Southern Hills Property Group LLC (together, the "Parties") jointly move for entry of the attached Proposed Discovery Order. This motion is unopposed in all parts.

In compliance with the Court's September 29, 2026 Order (Dkt. No. 8) and the Order Setting Scheduling Conference (Dkt. No. 5), the attached proposed order uses Judge Schroeder's sample Discovery Order for non-patent cases without modification other than inserting the case caption. Expert disclosure deadlines and the discovery deadline are set in the accompanying Proposed Docket Control Order.

The Parties respectfully request that the Court enter the attached Proposed Discovery Order.

Dated: September 30, 2026
Respectfully submitted,

/s/ Andrew Roman Perrong
Andrew Roman Perrong, Esq.
Perrong Law LLC
1669 Edgewood Road, Suite 218
Yardley, PA 19067
a@perronglaw.com
215-225-5529
*Lead Attorney for Plaintiff*

/s/ Robert Wilson
Robert Wilson, Esq. (With Permission)
Law Offices of Robert D. Wilson, PC
1900 Preston Road, Suite 267-72
Plano, Texas 75093
rwilson429@aol.com
214-637-8866
*Lead Attorney for Defendant*

**CERTIFICATE OF CONFERENCE**

Counsel for Plaintiff and counsel for Defendant have conferred, and this motion is jointly submitted and agreed in its entirety.

/s/ Andrew Roman Perrong

**CERTIFICATE OF SERVICE**

I certify that on September 30, 2026, this document was filed through the Court's CM/ECF system, which will send notice of the filing to all counsel of record.

/s/ Andrew Roman Perrong