**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| KIMBERLY STARLING, *individually and on behalf of all others similarly situated,* | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:26-CV-1004-RWS |
| | § | |
| SOUTHERN HILLS PROPERTY GROUP, LLC, | § | |
| | § | |
| Defendant. | § | |

**ORDER**

Before the Court are the parties' (1) Agreed Joint Motion for Entry of Docket Control Order (Docket No. 9) and (2) Agreed Joint Motion for Entry of Discovery Order (Docket No. 10). After review, the parties' motions (Docket Nos. 9–10) are **GRANTED.**

Furthermore, in setting the scheduling conference, the Court explained that it may enter the parties' proposed orders and cancel the scheduling conference. Docket No. 5. Based on the parties' submissions, the Court finds that a scheduling conference is unnecessary in this case. Accordingly, it is

**ORDERED** that the scheduling conference previously scheduled for October 9, 2026 is **CANCELLED**.

**So ORDERED and SIGNED this 5th day of October, 2026.**

Robert W Schroeder III

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE