**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION AT PLANO**

| | |
|---|---|
| **KIMBERLY STARLING,** individually and on behalf of all others similarly situated,<br><br>*Plaintiff,*<br><br>*v.*<br><br>**SOUTHERN HILLS PROPERTY GROUP LLC**<br><br>*Defendant.* | Case No. 4:26-cv-1004<br><br>**CLASS ACTION**<br><br>**JURY TRIAL DEMANDED** |

**<u>JOINT UNOPPOSED MOTION TO REFER CASE TO MEDIATION</u>**

Plaintiff Kimberly Starling and Defendant Southern Hills Property Group LLC (together, the "Parties") jointly move the Court to refer this case to mediation before an agreed mediator, and to set a mediation deadline of May 20, 2027. In support, the Parties state as follows:

1. The Court's Order (ECF No. 12) provides that if the parties agree to mediate, they shall jointly file a motion with a proposed order attached, which shall indicate whether the parties agree upon a mediator and shall include a mediation deadline, and that the parties shall confirm the mediator's availability in light of the proposed deadline.

2. The Parties have conferred and agree to mediate this case.

3. The Parties agree upon a mediator. The Parties jointly request that the Court appoint Aaron S. Weiss, Esq., of Carlton Fields, P.A., Miami, Florida, as mediator. Mr. Weiss is certified as a mediator by the Supreme Court of Florida and by the United States District Court for the Southern District of Florida, and is board certified in business litigation by The Florida Bar. His contact information is: aweiss@carltonfields.com; (305) 539-7382.

4. The Parties propose that mediation be completed no later than May 20, 2027.

5. The Parties have confirmed Mr. Weiss's availability to conduct the mediation on or before the proposed May 20, 2027 deadline.

6. The proposed mediation deadline precedes the dispositive motion deadline of August 17, 2027, and the Parties do not seek to modify any other deadline in this case. This motion is not filed for purposes of delay.

WHEREFORE, the Parties respectfully request that the Court grant this motion and enter the attached proposed order referring this case to mediation before Aaron S. Weiss, Esq., to be completed no later than May 20, 2027.

Dated: October 8, 2026

*Respectfully submitted,*

/s/ Andrew Roman Perrong
Andrew Roman Perrong, Esq.
Perrong Law LLC
1669 Edgewood Road, Suite 218
Yardley, PA 19067
a@perronglaw.com
215-225-5529

/s/ Robert Wilson
Robert Wilson, Esq. (With Permission)
LAW OFFICES OF ROBERT D. WILSON, PC
1900 Preston Road Suite 267-72
Plano, Texas 75093
rwilson429@aol.com
214-637-8866

## CERTIFICATE OF CONFERENCE

Pursuant to Local Rule CV-7(h) and (i), counsel for Plaintiff and counsel for Defendant have conferred regarding the relief requested in this motion. The motion is jointly filed and is unopposed.

/s/ Andrew Roman Perrong
Andrew Roman Perrong, Esq.

## CERTIFICATE OF SERVICE

I certify that on October 8, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ Andrew Roman Perrong
Andrew Roman Perrong, Esq.