**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION AT PLANO**

| | |
|---|---|
| **KIMBERLY STARLING,** individually and on behalf of all others similarly situated,<br><br>*Plaintiff,*<br><br>*v.*<br><br>**SOUTHERN HILLS PROPERTY GROUP LLC**<br><br>*Defendant.* | Case No. 4:26-cv-1004<br><br>**CLASS ACTION**<br><br>**JURY TRIAL DEMANDED** |

**ORDER REFERRING CASE TO MEDIATION**

Before the Court is the Parties' Joint Unopposed Motion to Refer Case to Mediation. Having considered the motion, the Court finds that it should be and hereby is GRANTED.

It is therefore ORDERED that this case is REFERRED to mediation.

It is further ORDERED that Aaron S. Weiss, Esq., of Carlton Fields, P.A., Miami, Florida (aweiss@carltonfields.com; (305) 539-7382), is APPOINTED as mediator in this case.

It is further ORDERED that mediation shall be completed no later than May 20, 2027.

It is further ORDERED that all other deadlines and settings in this case remain in effect.

So ORDERED and SIGNED this ______ day of ____________________, 2026.

______________________________
ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE